UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                   CIVIL ACTION NO.: 14-10233

vs.                                      HONORABLE: Robert H. Cleland

PETER ELLIOT SHEFMAN,

        Defendant,
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant PETER ELLIOT SHEFMAN cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a.   xx   First class mail to 3140 LAKEWOOD DR., Ann Arbor, MI 48103.

    b.   xx   Certified Mail, Return Receipt Requested.

    c.   xx   Tacking or firmly affixing to the door at 3140 LAKEWOOD DR., Ann Arbor, MI 48103.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

                                                            s/Robert H. Cleland
                                                            Robert H. Cleland
                                                            United States District Judge

Dated: May 28, 2014