UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                        Case No. 14-10233

PETER ELLIOT SHEFMAN,

    Defendant.
    _____/

**ORDER OF DISMISSAL**

On December 11, 2014, the government filed a Notice of Dismissal (Dkt # 25), requesting dismissal of this case with prejudice and without costs. The same day, the court held an off-the-record telephone conference, during which the government and Defendant agreed to the dismissal. Accordingly,

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE AND WITHOUT COSTS.

IT IS FURTHER ORDERED that counsel for the government is directed to provide a copy of this order (Dkt. # 26), the judgment (Dkt. # 27), and the Opinion and Order Granting Defendant's Objection to Default Judgment and Writ of Continuing Garnishment (Dkt # 23) to the garnishees listed in the two Writs of Continuing Garnishment, the Michigan Department of Treasury and the Office of Peter E. Shefman, within five days of the issuance of this order. Government counsel is also directed to verbally inform the garnishees that the Writs of Continuing Garnishment were quashed as of October 20, 2014.

IT IS FURTHER ORDERED that the government shall no longer accept any money or property as a result of the Writs of Continuing Garnishment.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 16, 2014, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522